# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTIRBUTION SYSTEMs LLC,  )<br>)<br>)<br>Plaintiff,  )<br>v.  )<br>)<br>FUBOTV, INC.,  )<br>)<br>Defendant.  ) | C.A. No. 1:20-cv-00393-MN<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANT FUBOTV, INC.'S  MOTION TO DISMISS PURSUANT TO RULE 12(b)(6) AND 35 U.S.C. § 101

Defendant fuboTV, Inc., by and through its undersigned counsel, hereby respectfully moves this Court to dismiss Plaintiff's Complaint (D. I. 1) with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and 35 U.S.C. § 101.  To the extent the Complaint is not dismissed with prejudice pursuant to Rule 12(b)(6) and 35 U.S.C. § 101, Defendant respectfully, and in the alternative, moves this Court to dismiss the case pursuant to Rule 12(b)(6) for failure to state a claim for patent infringement.   The grounds for this motion are set forth in fuboTV, Inc.'s Opening Brief In Support Of Its Motion To Dismiss Pursuant to Rule 12(b)(6) and 35 U.S.C. § 101.

*Of Counsel*:
James Yoon
Jamie Otto
Michael Nguyen
WILSON SONSINI GOODRICH
& ROSATI, P.C.
650 Page Mill Road
Palo Alto, CA 94304

Dated:  July 27, 2020

WILSON SONSINI GOODRICH & ROSATI, P.C.

/s/    *Ian R. Liston*
Ian R. Liston (Del. Bar ID 5507)
WILSON SONSINI GOODRICH
& ROSATI, P.C.
222 Delaware Avenue, Suite 800
Wilmington, DE 19801
302-304-7600
iliston@wsgr.com

*Counsel for Defendant fuboTV, Inc.*