## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ROTHSCHILD BROADCAST
DISTRIBUTION SYSTEMS, LLC,

        Plaintiff,

        v.

FUBOTV, INC.,

        Defendant.

CIVIL ACTION NO. <u>1:20-cv-00393-MN</u>

JURY TRIAL DEMANDED

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Rothschild Broadcast Distribution Systems, LLC hereby files this Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer.   Accordingly, Rothschild Broadcast Distribution Systems, LLC hereby voluntarily dismisses this action against FuboTV, Inc. without prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

Dated: August 14, 2020

Respectfully submitted,

*/s/Jimmy Chong*

**JIMMY CHONG, ESQ. (#4839)**
**CHONG LAW FIRM, P.A.**
2961 Centerville Rd.
Ste 350
Wilmington, DE 19808
(215) 909-5204
chong@chonglawfirm.com

**ATTORNEYS FOR PLAINTIFF**

**SO ORDERED**, this _____ day of _____, 2020.

_____

Judge - United States District Court